# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Jonathan Dawkins, | ) |
| *Petitioner* | ) |
| v. | ) |
| Newberry, | ) |
| *Respondents* | ) |

Civil Action No.     1:17-cv-03206-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■  other: the petitioner, Jonathan Dawkins, shall take nothing of the respondent, Newberry, and this case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal of the petition without prejudice.


Date:   February 23, 2018                              *ROBIN L. BLUME, CLERK OF COURT*

                                                           s/M. Walker
                                         _____
                                                *Signature of Clerk or Deputy Clerk*